## IN THE UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| ENDURANCE AMERICAN SPECIALTY INSURANCE COMPANY a/s/o PGIM, Inc., et al. | : |
| | : |
| Plaintiffs, | : Case No.: 3:21-CV-01548-JCH |
| v. | : Jury Trial Demanded |
| NEW ENGLAND SMART ENERGY GROUP, LLC | : |
| Defendant | : |
| _____ | |

## JOINT STATUS REPORT

COME NOW, the parties, by and through undersigned counsel, who pursuant to this Court's Scheduling Order (ECF Doc. No. 30), submit this Joint Status Report and state as follows:

1. The parties have reached an agreement in principle to settle this matter. Currently, a release is being negotiated to finalize a settlement of all claims.

2. The parties estimate that a release should be finalized, and the necessary settlement payment shall be issued, within the next 60 days.

3. Therefore, the parties respectfully propose they file a stipulation of dismissal or subsequent status update within 60 days.

| | |
|---|---|
| COZEN O'CONNOR | NIELSEN, ZEHE & ANTAS, PC |
| /s/ Michael D. O'Donnell, Esq. | /s/ Frank DeBoni, Esq. |
| Kevin J. Hughes, Esq. (*PHV*) | Frank DeBoni, Esq. (*PHV*) |
| Michael D. O'Donnell (*PHV*) | 55 West Monroe St., Suite 1800 |
| One Liberty Place | Chicago, IL 60603 |
| 1650 Market Street | (312) 322-9900 |
| Suite 2800 | fdeboni@nzalaw.com |
| Philadelphia, PA 19103 | |
| (215) 665-2000 | and |
| khughes@cozen.com | |
| mdodonnell@cozen.com | Thomas E. Katon, Esq. |
| | Bar No.: 01565 |
| And | Susman, Duffy & Segaloff, PC |
| | 700 State St., Suite 100 |
| David J. Crotta, Jr., Esq. | New Haven, CT 06511 |
| Bar No.: 03235 | (203) 624-9830 |
| Mulvey, Oliver, Gould & Crotta | tkaton@susmanduffy.com |
| 2911 Dixwell Avenue | |
| Hamden, CT 06518 | *Counsel for Defendant* |
| (203) 624-5111 | |
| crotta@moglaw.com | |
| | |
| *Counsel for Plaintiffs* | |