## IN THE UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| ENDURANCE AMERICAN SPECIALTY INSURANCE COMPANY a/s/o PGIM, Inc., et al. | : |
| | : |
| Plaintiffs, | : Case No.: 3:21-CV-01548-JCH |
| v. | : Jury Trial Demanded |
| NEW ENGLAND SMART ENERGY GROUP, LLC | : |
| Defendant | : |

### STIPULATION OF DISMISSAL PURSUANT TO FRCP 41

IT IS HEREBY STIPULATED AND AGREED, by the parties, Plaintiffs, Endurance American Specialty Insurance Company, ACE American Insurance Company, and Interstate Fire and Casualty Company, and Defendant, New England Smart Energy Group, LLC, that pursuant to Federal Rule of Civil Procedure 41, all claims in the above-captioned litigation are hereby dismissed with prejudice, with each party to bear its own costs.

[Signatures to follow]

<div style="display: flex;">
<div style="width: 50%;">

COZEN O'CONNOR

<u>/s/ Michael D. O'Donnell, Esq.</u>
Kevin J. Hughes, Esq. (*PHV*)
Michael D. O'Donnell (*PHV*)
One Liberty Place
1650 Market Street
Suite 2800
Philadelphia, PA 19103
(215) 665-2000
khughes@cozen.com
mdodonnell@cozen.com

And

David J. Crotta, Jr., Esq.
Bar No.: 03235
Mulvey, Oliver, Gould & Crotta
2911 Dixwell Avenue
Hamden, CT 06518
(203) 624-5111
crotta@moglaw.com

*Counsel for Plaintiffs*

</div>
<div style="width: 50%;">

NIELSEN, ZEHE & ANTAS, PC

<u>/s/ Frank DeBoni, Esq.</u>
Frank DeBoni, Esq. (*PHV*)
55 West Monroe St., Suite 1800
Chicago, IL 60603
(312) 322-9900
fdeboni@nzalaw.com

and

Thomas E. Katon, Esq.
Bar No.: 01565
Susman, Duffy & Segaloff, PC
700 State St., Suite 100
New Haven, CT 06511
(203) 624-9830
tkaton@susmanduffy.com

*Counsel for Defendant*

</div>
</div>